the Second Circuit granted. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the petitioner. *Mr. Max D. Steuer* for the respondent.

---

No. 1052. John B. Gleason, Petitioner, *v.* Harry K. Thaw. April 21, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. John B. Gleason pro se.* No appearance for the respondent.

---

No. 1011. William T. Kettenbach et al., Petitioners, *v.* The United States. April 21, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Aldis B. Browne, Mr. Alexander Britton, Mr. Evans Browne, Mr. C. C. Cavanah* and *Mr. James E. Babb* for the petitioners. *The Attorney General, Mr. Assistant Attorney General Adkins* and *Mr. Peyton Gordon* for the respondent.

---

No. 987. The Old Dominion Copper Mining & Smelting Company, Petitioner, *v.* Frederick Lewisohn et al., Executors, etc. April 21, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis D. Brandeis* and *Mr. Edward F. McClennen* for the petitioner. *Mr. Eugene Treadwell* and *Mr. Edward Lauterbach* for the respondent.

---

No. 1020. Gay-Ola Company, Petitioner, *v.* Coca Cola Company. April 21, 1913. Petition for a writ of